FILED

APR -1 2014

RICHARD W. WIEKING
NO. CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2  Name: ___HOPKINS_____ ___KEVIN_____

3         *(Last)*                 *(First)*             *(Middle)*

4  Prisoner Number: ___V76611_____

5  Institutional Address: ___P.O.BOX 4000, VACAVILLE, CA 95696-4000___

6

7

8  ## UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA

10  KEVIN L. HOPKINS

   *(Enter your full name.)*

11                         **CV 14 1494**

12               vs.                Case No. _____

                                   *(Leave blank; to be provided by Clerk of Court)*

13  THE SALVATION ARMY, MICHAEL

O"REILLY, COMMANDER MAN HEE      **COMPLAINT UNDER THE**
                                      **CIVIL RIGHTS ACT,**

14  CHANG, DOES 1-20 INCLUSIVELY   **42 U.S.C. § 1983**

15  *(Enter the full name(s) of the defendant(s) in this action.)*

JUDGE CLARE MAIER LAWRENCE KAPLAN

16                                                 **(PR)**

17  ## I. Exhaustion of Administrative Remedies.

18  *Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

19  A.  Place of present confinement ___CALIFORNIA STATE PRISON-SOLANO___

20  B.  Is there a grievance procedure in this institution?   **YES** ☒    **NO** ☐

21  C.  If so, did you present the facts in your complaint for review through the grievance

22      procedure?    **YES** ☐    **NO** ☒

23  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

24      level of review. If you did not pursue any available level of appeal, explain why.

25        1. Informal appeal: ___N/A___

26

27

28

**COMPLAINT** *Page 1 of 4*

1   2. First formal level: _____N/A_____

2   _____

3   _____

4   3. Second formal level: _____N/A_____

5   _____

6   _____

7   4. Third formal level: _____

8   _____

9   _____

10  E.  Is the last level to which you appealed the highest level of appeal available to you?

11      **YES** ☐     **NO**☐

12  F.  If you did not present your claim for review through the grievance procedure, explain why.

13  _____

14  _____

15  _____

16  **II.  Parties.**

17  A.  Write your name and present address. Do the same for additional plaintiffs, if any.

18  KEVIN HOPKINS, V76611, P.O.BOX 4000, VACAVILLE, CA 95696-4000

19  _____

20  _____

21  B.  For each defendant, provide full name, official position and place of employment.

22  Lawrence Kaplan 3527 Mt. Diablo, #283, Lafayette, CA 94549

23  Michael O'Reilly & Man-Hee Chang-601 Webster St. Oakland,

24  CA 94607, Judge Clare Maier, 725 Court Street, Martinez,Ca

25  _____

26  _____

27  _____

28  _____

**COMPLAINT** *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

American Disability Act violations  under American Disability Act under Aricle One and two.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.
Wherefore, plaintiff prays that the court declare that

defendants are in violation of plaintiff disability under

American Disability Act Article One and Two. Plaintiff

further request general, punitive, compensatory damages and

any and all relief that the court may find fair and just.

Demand for jury trial.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 24th day of March , 20 14

*Kevin L Hopkins*

*(Plaintiff's signature)*

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

1

## MAGISTRATE JUDGE JURISDICTION

2

3    Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

4

5    ☐    **Consent to Magistrate Judge Jurisdiction**

6    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

7

8    **OR**

9    ☒    **Decline Magistrate Judge Jurisdiction**

10    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

11

12    Signed this 24th day of _March_ , 2014

13

14                                                              _Kevin Hopkins_
                                                              *(Plaintiff's signature)*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT *Page 4 of 4*

1   Plaintiff was booked into Contra Costa County Jail on December 18, 2010.
2   On September 5, 2012, plaintiff entered into a plea agreement for a six year
3   joint suspension forfeting twenty-two months back time and accepting 80 percent
4   time credits instead of the previous offer of six years with half time (fifty
5   percent credits).  In short plaintiff choose rehabilitation over incarceration.
6   Plaintiff entered The Salvation Army's Adult Rehabilitation program on Sept.
7   20, 2012.  On October 3, 2012, plaintiff was admitted to hospital for fungas
8   infection treated and released.  On October 30, 2012, plaintiff was admitted
9   co hospital for respiratory infection treated and released.  On November 2,
10  2012, plaintiff was admitted and released for knee injury suffered on November
11  1, 2012.  On November 2, 2012, plaintiff was denied entry to the Salvation
12  ·rmy soley because of his knee injury that occurred because of the defendant's
13  failure to maintain and repair their facility, hence, plaintiff being medically
14  terminated.  Plaintiff asserts and alleges Disability under the Disablity
15  Act constitutional amendment violations by the Salvation Army.  When defendants
16  had no use for plaintiff's labor because of his limited ability he was
17  medically terminated in violation of plaintiff''s constitutional rights to
18  be free from discrimination because of his disablity.  Discrimination was
19  in the form of terminating me from the program and denying me reentry solely
20  because of my knee injury that was due to Defendants The Salvation Army, Does
21  1-20 inclusively failure to maintain facility thus terminating excluding
22  plaintiff from the program.  All Does Defendants will be added after discovery,
23  plaintiff reqesting leave to Amend.  Michael O'Reilly is being sued in his
24  individual and official capacity.  On March 15, 2013, Defendant O'Reilly
25  testified on March 15, 2013 at plaintiff probation revocation hearing that
26  plaintiff performance was exceptional though plaintiff could not gain re-entry
27  into the Salvation Army soley because of plaintiff's limited ability because
28  of his knee injury that was caused because of defendants failure

1   to maintain their facility.  Such discrimination falls under the American

2   with Disablity Act.  Defendant Major Man—Hee Chang is being sued in his

3   individual and offical capacity as the Adult Rehabilitation Center Commander,

4   that is in charge of the operation and overseer of his staff and director

5   Of the termination of plaintiff in violation of plaintiff's disability under

6   American with a Disabilty. Plaintiff should reiterate that Defendant's were

7   directly negligent for plaintiffs injuries.  On November 27, 2012, Defendants

8   Cleared area in a letter to Cal—Osha of the contaminant area that casued

9   plaintiff fungal and respiratory infection.  On April 26, 2013 in a letter

10  to Cal Osha, defendants made corrective measures calling in a architect-

11  contractor to repair the dilipidated flooring throught out the warehouse

12  that caused plaintiffs' knee injury.

13  Contra Costa County Superior Court Judge Clare Maier is being sued in her

14  individual and official capacity for violating Plaintiff constitutional right

15  Under American with a Disablity Act.  Though plaintiff was on crutches she

16  would not accept a American Disability Act accessible program for plaintiff

17  though plaintiff presented several.  Defendant was adamant about plaintiff

18  going back to the salvation army though plaintiff was injured there.  Salvation

19  Army would not accept reentry.  Defendant Maier abused plaintiff disability

20  under American Disablty Act and gave plaintiff his joint suspension soley

21  because plaintiff got injured and was terminated.  Due to no fault and power

22  over plaintiff he was grossly discriminated against.  All qualified immunity

23  assertions by the defendant is voided for such despicable violations towards

24  plaintiff's liberty.

25  Plaintiff was medically terminated from the Salvation Army on Friday November

26  2, 2012 and did the next right thing and went to court and placed himself

27  on calandar Monday, November 5, 2012 to inform the court of his medical

28  termination from the Salvation Army and was in turn remanded into custody.

Because of the court's bias and discrimination against plaintiff, he was given

the joint suspension soley based on a injury sustained at The Salvation Army.

Medical Termination was not willful and started the process of plaintiff

being committed to prison which has lead to violations of the American with

 Disability Act by all the aforementioned defendants.  Plaintiff plead to

a much stiffer penalty in choosing rehab over incarceration.  Plaintiff was

solely discriminated against based on his Disability that was perpetrated

by the negligence of the defendants to maintain and repair their facility,

thus leading to the termination from the rehabilitation program, and finally,

the sole cause for rejected re-entry which Defendant Maier would not allow

no other program and my remand into custody of the state prison, which I

committed to the Defendants the Salvation Army to avoid prison life. (Reson:

Knee injury resulting in my disability.)

Defendant Maier abused her judicial powers and knew what she

was doing was unlawful.  On September 26, 2012, the court received a letter faxed

from Sutter Medical, Doctor Brian Richardson which was plaintiff neurologist, whom stated

that plaintiff could not do a work therapy program because of his

medical condition.  Even though the courts received a letter

noting a serious medical condition, defendant Maier still ordered

that plaintiff be sent back to Salvation Army though Salvation

Army denied re-entry.  Defendant Clare Maier denied plaintiff's

serious disability and abused her discretion though the evidence

of plaintiff's disability was right before her.  All Defendants

are in direct violation of American Disability Act, Article 1 and

Article 2.

Lawrence  Kaplan which was plaintiff's court appointed attorney

is too be sued in his official and individual capacity for he knew

of plaintiff's ADA and did not inform the court.  He suggested I

go to a program knowing that I was being seen by the Spine Clinic
at the Martinez Regional Center Hospital. Defendant Kaplan acted
in total recklessness in the representation of plaintiffknowing
plaintiff had a chronic medical condition.  Defendant Kaplan
violated plaintiff's ADA accomodation and as negligent as all
Defendants in this complaint. Lawrence Kaplan the named defendant
 knew of plaintiff's disability.  A part of plaintiff's defense
was discriminatory prosecution in a lawsuit that plaintiff lodged
against Contra Costa County officials were plaintiff was assaulted
by an inmate and was being seen at the Contra Costa Regional
Medical Center and was referred from the jail. Defendant knew of
plaintiff disability and requested that plaintiff try to pull the
program and advised plaintiff if he could not do the work therapy
a medical termination would not penalize him with the court,
Defendant could not allege he did not know of plaintiff's medical
condition, thus, recklessly walking plaintiff into a plea agreement
for it was my defense with him and the previously appointed lawyers
whom declared conflicts of interests because of discriminatory
prosecution theory. Defendant at all times was deliberately
indifferent to plaintiff's  representation and ADA accomodations..

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**   KEVIN L. HOPKINS

**DEFENDANTS**   THE SALVATION ARMY, MICAHEL O*REILLY. COMMANDER MAN-HEE CHANG, DOES 1-20 INCLUSIVELY, JUDGE CLARE MAIER, LAWRENCE KAPLAN.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   SOLANO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   ALAMEDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

IN PRO PER

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ ☒ Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

VIOLATIONS OF AMERICAN WITH A DISABILITY ACT. PLAINTIFF SUFFERED INJURY AT SALVATION ARMY DUE TO THEIR NEGLIGENCE TO MAINTAIN AND REPAIR THEIR ESTABLISHMENT THAT RESULTED TO MY INJURY AND ADA MATTER.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers | Injury Product | ☐ 650 Airline Regs | ☐ 830 Patent | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | Exchange |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | ☐ 862 Black Lung (923) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 60 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. | ☐ 865 RSI (405(g)) | Act |
| ☐ 195 Contract Product Liability | Injury | | Relations | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | Disclosure Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | or Defendant) | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus | ☐ 790 Other Labor | ☐ 871 IRS — Third Party | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Litigation | 26 USC 7609 | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | State Statutes |
| | | ☐ 550 Other | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 another district (specify)
Transferred from
☐ 6 Multidistrict Litigation
☐ 7 Judge from Magistrate Judgment
Appeal to District

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:**   ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE   March 24, 2014
SIGNATURE OF ATTORNEY OF RECORD   Kevin L. Hopkins

UNITED STATES DISTRICT COURT

Original

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:     California State Prison - Solano
Housing: **19- 139L**
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: **Hopkins vs. Salvation Army**     Case #: _____

Document(s) Served: **1. Civil Cover Sheet  2. Complaint Under THE Civil Rights Act 42 U.S.C § 1983 3. Motion For Appointment of Counsel 4. IN FORMA PAUPERIS Application**

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

**CLERK OF THE United States District COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 Golden Gate Avenue BOX 36060 SAN FRANCISCO, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on **March 24, 2014**, in Vacaville, California.

          *"date"*

Signature:     **Kevin J. Hopkins**

Printed Name:     **KEVIN L. Hopkins**

(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

KEVIN L. HOPKINS

COPY

## DEFENDANTS

THE SALVATION ARMY, MICAHEL O'REILLY. COMMANDER MAN-HEE CHANG. DOES 1-20 INCLUSIVELY. JUDGE CLARE MAIER, LAWRENCE KAPLAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __SOLANO__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __ALAMEDA__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

IN PRO PER

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ X Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

VIOLATIONS OF AMERICAN WITH A DISABILITY ACT

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE /PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ⌐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 60 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability | **PERSONAL INJURY** ☐ 310 Airplane ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury | **PERSONAL INJURY** ☐ 362 Personal Injury— Med Malpractice ☐ 365 Personal Injury— Product Liability ☐ 368 Asbestos Personal Injury Product Liability **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture ☐ 620 Other Food & Drug ☐ 625 Drug Related Seizure of Property 21 USC 881 ☐ 630 Liquor Laws ☐ 640 R.R & Truck ☐ 650 Airline Regs ☐ 660 Occupational Safety/Health ☐ 690 Other **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment ☐ 410 Antitrust ☐ 430 Banks and Banking ☐ 450 Commerce/ICC Rates/etc. ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 810 Selective Service ☐ 850 Securities/Commodities. Exchange ☐ 875 Customer Challenge 12 USC 3410 ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act ☐ 900 Appeal of Fee Determination Under Equal Access to Justice ☐ 950 Constitutionality of State Statutes ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights | **PRISONER PETITIONS** ☐ 510 Motions to Vacate Sentence Habeas Corpus: ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE
March 24, 2014

SIGNATURE OF ATTORNEY OF RECORD
Kevin L. Hopkins

UNITED STATES DISTRICT COURT

KEVIN HOPKINS, V76611
CSP-SOLANO II, 19-139C
VACAVILLE, CA 95696-4000
P.O. BOX 4000

CALIFORNIA STATE PRISON-SOLANO

19-139C

INSPECTED BY
MAR 28 2014
U.S. MARSHALS SERVICE

CLERK OF the United States
COURT for the Northern District
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

CSP SOLANO
STATE PRISON

RECEIVED
MAR 28 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004632981    $ 02.240
MAILED FROM ZIP CODE 95687    MAR 26 2014



3-23-14